172 A.3d 1086

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ROBERT G. CASON, A/K/A ROBERT CASON, ROBERT GUY CASON, R. GUY CA'SON, ROBERT GUY CASOM, JAMES WISON, DEFENDANT–PETITIONER.

C–320 September Term 2017
079790

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002594–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

172 A.3d 1087

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DANIEL BEDFORD, DEFENDANT–PETITIONER.

C–312 September Term 2017
079517

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003518–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.